| | | |
|---|---|---|
| VERONICA LYNETTE HOSEY<br>2820 AUDUBON DR<br>LAUREL, MS 39440 | GOLDMAN SACHS BANK USA<br>ATTN: BANKRUPTCY<br>PO BOX 70379<br>PHILADELPHIA, PA 19176 | NATIONAL ACTION<br>6523 S TRANSIT RD<br>STE 1<br>LOCKPORT, NY 14094 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | INDEBTED<br>1551 EMANCIPATION HWY<br>FREDERICKSBURG, VA 22401 | NATIONAL CREDIT<br>ATTN: BANKRUPTCY<br>PO BOX 3023<br>HUTCHINSON, KS 67504 |
| ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE, TN 37204 | JONES COUNTY MEDICAL<br>PO BOX 23<br>LAUREL, MS 39441 | NET CREDIT<br>175 W JACKSON BLVD<br>STE 1000<br>CHICAGO, IL 60604 |
| ASPIRE DENTAL<br>3223 AUDUBON DR<br>LAUREL, MS 39440 | JORA CREDIT<br>P.O. BOX 8407<br>PHILADELPHIA, PA 19101 | ONE MAIN<br>2235 HWY 15 N<br>LAUREL, MS 39440 |
| CAINE & WEINER<br>ATTN: BANKRUPTCY<br>5805 SEPULVEDA BLVD<br>4TH FLOOR<br>SHERMAN OAKS, CA 91411 | KLARNA<br>PO BOX 8116<br>COLUMBUS, OH 43201 | PLAZA SERVICES, LLC<br>ATTN: BANKRUPTCY<br>110 HAMMOND DR<br>SUITE 110<br>ATLANTA, GA 30328 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | LEAFY FINANCIAL LLC<br>ATTN: BANKRUPTCY<br>2921 BROWN TRAIL<br>SUITE 250<br>BEDFORD, TX 76021 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER, UT 84020 |
| CAVALRY PORTFOLIO SERV<br>ATTN: BANKRUPTCY<br>1 AMERICAN LANE<br>STE 220<br>GREENWICH, CT 06831 | LEBLANC ORTHODONTICS<br>1500 W 12TH ST<br>LAUREL, MS 39440 | QUICK CREDIT<br>205 SUGAR CAMP CIR<br>DAYTON, OH 45409 |
| CONCORA CREDIT<br>P.O. BOX 449<br>BEAVERTON, OR 97076 | MOHELA<br>ATTN: BANKRUPTCY<br>633 SPIRIT DR<br>CHESTERFIELD, MO 63005 | SIMPLE FAST LOANS INC<br>8601 DUNWOODY PLACE<br>STE 406<br>ATLANTA, GA 30350 |
| CREDIT ONE BANK<br>ATTN: BANKRUPTCY DEPT<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | MUSIC & ARTS<br>5295 WESTVIEW DR<br>FREDERICK, MD 21703 | SOUTH CENTRAL REGIONAL<br>1220 JEFFERSON ST<br>LAUREL, MS 39440 |

```
SPEEDY CASH                    WFC
3611 N. RIDGE RD.              ATTN: BANKRUPTCY DEPT
WICHITA, KS 67205              P.O.BOX 6429
                               GREENVILLE, SC 29606


SPRINGLF FIN                   XFINITY/COMCAST
PO BOX 1010                    600 GALLERIA PKWY SE
EVANSVILLE, IN 47706           ATLANTA, GA 30339


SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

TARGET NB
CO FINANCIAL
PO BOX 9475
MINNEAPOLIS, MN 55440

TOTAL FOOT CARE
528 N 15TH AVE
LAUREL, MS 39440


TRUE ACCORD
53 MAIDEN LANE
3RD FLOOR
SAN FRANCISCO, CA 94108

TRUSTMARK NATIONAL
ATTN: BANKRUPTCY DEPT
248 EAST CAPITOL ST
JACKSON, MS 39201

UPSTARTNET
ATTN: BANKRUPTCY
P.O. BOX 1503
SAN CARLOS, CA 94070

VELOCITY INVESTMENT
1800 NJ-34
#404A
WALL TOWNSHIP, NJ 07719
```