_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 27, 2026**

_____ The Order of the Court is set forth below. The docket reflects the date entered. _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  VERONICA LYNETTE HOSEY

       DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50149 KMS

### ORDER ON TRUSTEE'S
### OBJECTION TO CONFIRMATION

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation    (Docket No. 17), and the Trustee reports the Objection is moot and withdrawn as moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Objection to Confirmation is moot and withdrawn.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net