# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50149        **Case Name:** Veronica Lynette Hosey

**Set:** 04/07/2026 01:30 pm   **Chapter:** 13   **Type:** bk    **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #17) - ORDER ENTERED 3/27/26

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) An Order has been entered on the Trustee's Objection (Dkt. #17). Confirmation hearing removed. (mcc)